```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0210--CV (RRB)
            "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 08/30/05
             Closed: 11/29/05

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

      Nature of Suit: (410) Antitrust
                     STOP ENGERY ACQUISITION
              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Paid $250.00 on 08/30/05 receipt # 00126422
            Trial by:
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ALASKA VILLAGE ELECTRIC COOPERATIVE INC | Paul J. Jones<br>Kemppel Huffman & Ellis P.C.<br>255 E.Fireweed Lane, Suite 200<br>Anchorage, AK 99503<br>907-277-1604<br>FAX 907-276-2493<br><br>John A. Leman<br>Kemppel Huffman et al<br>255 E. Fireweed Lane, Suite 200<br>Anchorage, AK 99503<br>907-277-1604<br>FAX 907-276-2493 |
| PLF 2.1 | INN ELECTRIC COOPERATIVE INC | Paul J. Jones<br>(see above)<br><br>John A. Leman<br>(see above) |
| PLF 3.1 | KOTZEBUE ELECTRIC ASSOC INC | Paul J. Jones<br>(see above)<br><br>John A. Leman<br>(see above) |
| PLF 4.1 | NAKNEK ELECTRIC ASSOC INC | Paul J. Jones<br>(see above)<br><br>John A. Leman<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0210--CV (RRB)
            "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 5.1 | NOME, CITY OF | Paul J. Jones (see above) |
| | | John A. Leman (see above) |
| PLF 6.1 | NUSHAGAK ELECTRIC & TELEPHONE COOPERATIVE INC | Paul J. Jones (see above) |
| | | John A. Leman (see above) |
| PLF 7.1 | UNALAKLEET VALLEY ELECTRIC COOPERATIVE INC | Paul J. Jones (see above) |
| | | John A. Leman (see above) |
| DEF 1.1 | CROWLEY MARINE SERVICE INC | Mark E. Ashburn<br>Ashburn & Mason<br>1130 W. 6th Avenue, Suite 100<br>Anchorage, AK 99501<br>907-276-4331<br>FAX 907-277-8235 |
| DEF 2.1 | YUKON FUEL CO | Douglas J. Serdahely<br>Patton Boggs LLP<br>601 W. 5th Avenue, Suite 700<br>Anchorage, AK 99501<br>907-263-6300<br>FAX 907-263-6345 |
| | | Jeffrey A. Leon<br>Wintson & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>312-558-5285<br>FAX 312-558-5700 |
| DEF 3.1 | NORTHLAND HOLDINGS INC | Douglas J. Serdahely (see above) |
| | | Jeffrey A. Leon (see above) |
| DEF 4.1 | NORTHLAND VESSEL LEASING CO LLC | Douglas J. Serdahely (see above) |
| | | Jeffrey A. Leon (see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0210--CV (RRB)
          "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"

        Including terminated parties, excluding terminated counsel
```

| Parties of Record: | Counsel of Record: |
|---|---|
| DEF 5.1    YUTANA BARGE LINES LLC | Douglas J. Serdahely (see above) |
| | Jeffrey A. Leon (see above) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A05-0210--CV (RRB)
                    "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"

                                 For all filing dates


 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/30/05
           Closed: 11/29/05

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (410) Antitrust
                   STOP ENGERY ACQUISITION
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 08/30/05 receipt # 00126422
         Trial by:


Document #   Filed      Docket text

     1 -  1  08/30/05   Complaint filed; Summons issued.

     2 -  1  08/30/05   PLF 1-7 motion for temporary restraining order w/att exhs.

     3 -  1  08/30/05   PLF 1-7 Notice of related cases.

     4 -  1  08/30/05   PLF 1-7 motion on shortened time re: motion for temporary restraining
                        order w/att aff.

  NOTE -  1  08/31/05   Issued: summons re: DEF 2-5 and reissued corrected summons for DEF 1.

     5 -  1  08/31/05   DEF 2-5 Attorney Appearance of Douglas Serdahely.

     6 -  1  08/31/05   DEF 2-5 Notice of Intent to oppo PLF 1-7 motion for temporary
                        restraining order (2-1).

     6 -  2  08/31/05   DEF 2-5 non-opposition to PLF 1-7 motion on shortened time re: motion
                        for temporary restraining order (4-1).

     7 -  1  08/31/05   DEF 2-5 motion and application of Jeffrey A. Leon to appear and
                        participate w/assoc w/local cnsl.

     7 -  2  08/31/05   RRB Order granting motion and application of Jeffrey A. Leon to appear
                        and participate w/assoc w/local cnsl (7-1). cc: cnsl

     8 -  1  08/31/05   JKS Minute Order recused himself; case is reassigned to Judge Beistline
                        for all further proceedings; use case number A05-0210 CV RRB) on all
                        future filings. cc: cnsl, Judge Beistline

     9 -  1  08/31/05   RRB Order granting motion on shortened time re: motion for temporary
                        restraining order (4-1); any oppo to mot for TRO due 1:00 p.m. 9/1/05;
                        any reply due 11:00 a.m. 9/2/05. cc: cnsl

    10 -  1  08/31/05   PLF 1-7 Disclosure Statement.

    11 -  1  08/31/05   DEF 1 Attorney Appearance of M. Ashburn.


ACRS: R_VDSDX              As of 12/01/05 at 3:31 PM by GARRY                     Page 1
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0210--CV (RRB)
                    "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"

                                   For all filing dates


Document #   Filed     Docket text

   12 -  1   09/01/05  DEF 2-5 opposition to PLF 1-7 motion for temporary restraining order
                       (2-1) w/att exhs.

   13 -  1   09/01/05  DEF 2-5 Request for Oral Argument re: PLF 1-7 motion for temporary
                       restraining order (2-1).

   14 -  1   09/01/05  DEF 2-5 motion for leave to file certain affs under seal & for a
                       protective order.

   15 -  1   09/01/05  DEF 2-5 notice of flg facsimile aff in support of oppo re: PLF 1-7
                       motion for temporary restraining order (2-1).

   16 -  1   09/01/05  ZZZ 1 motion to appear and participate as Amicus Curiae.

   17 -  1   09/02/05  PLF 1-7 reply to opposition to PLF 1-7 motion for temporary restraining
                       order (2-1) w/att exhs.

   18 -  1   09/02/05  PLF 1-7 notice of flg facsimile affs re: PLF 1-7 motion for temporary
                       restraining order (2-1).

   19 -  1   09/02/05  RRB Order granting State of Alaska's motion to appear and participate as
                       Amicus Curiae (16-1); State may file a single amicus brief on the issues
                       present in this case at a time designated by the crt.  cc: cnsl

   20 -  1   09/02/05  RRB Order denying motion for temporary restraining order (2-1). cc: cnsl

   21 -  1   09/07/05  PLF 1-7 Notice of filing original affidavit of B. Reeve & Meera Kohler
                       re: plfs' reply to oppo re: PLF 1-7 motion for temporary restraining
                       order (2-1)  w/att affs.

   22 -  1   09/12/05  DEF 1 Notice of filing orig aff of M. Bruce Barto in support of oppo re:
                       PLF 1-7 motion for temporary restraining order (2-1) w/att aff.

   23 -  1   09/15/05  DEF 1 Unopposed motion to ext time to 10/10 to file answer.

   24 -  1   09/19/05  RRB Order granting unopposed motion to ext time to 10/10 to file answer
                       (23-1).   cc: cnsl

   25 -  1   10/11/05  DEF 1 Unopposed motion to extend time until 10/17/05 to file answer.

   25 -  2   10/12/05  Order granting unopposed motion to extend time until 10/17/05 to file
                       answer (25-1).   cc: cnsl

   26 -  1   10/17/05  DEF 1 Unopposed motion to ext time to 10/24 to file answer.

   27 -  1   10/18/05  RRB Minute Order granting unopposed motion to ext time to 10/24 to file
                       answer (26-1).   cc: cnsl

   28 -  1   10/25/05  DEF 1 Unopposed motion to extend time to file response to complaint.

   29 -  1   10/28/05  RRB Order granting unopposed motion to extend time to file response to
                       complaint (28-1) so the parties can draft settlement documents and a
                       stipulation to dismiss.   cc: cnsl

   30 -  1   11/23/05  PLF 1; DEF 1-3; 5 Stipulation to dismiss w/prej.


ACRS: R_VDSDX               As of 12/01/05 at 3:31 PM by GARRY                       Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0210--CV (RRB)
                         "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 2 | 11/29/05 | RRB Order granting stipulation to dismiss w/prej (30-1). All parties to bear their own costs and fees.  cc: cnsl |