```
┌─────────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│              CIVIL DOCKET ENTRIES FOR CASE A05-0210--CV (RRB)               │
│                  "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"             │
├─────────────────────────────────────────────────────────────────────────────┤
│               Including terminated parties, excluding terminated counsel    │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 08/30/05
            Closed: 11/29/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (410) Antitrust
                    STOP ENGERY ACQUISITION
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 08/30/05 receipt # 00126422
          Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1            ALASKA VILLAGE ELECTRIC            Paul J. Jones
                   COOPERATIVE INC                    Kemppel Huffman & Ellis P.C.
                                                      255 E.Fireweed Lane, Suite 200
                                                      Anchorage, AK 99503
                                                      907-277-1604
                                                      FAX 907-276-2493

                                                      John A. Leman
                                                      Kemppel Huffman et al
                                                      255 E. Fireweed Lane, Suite 200
                                                      Anchorage, AK 99503
                                                      907-277-1604
                                                      FAX 907-276-2493

PLF 2.1            INN ELECTRIC COOPERATIVE INC       Paul J. Jones
                                                      (see above)

                                                      John A. Leman
                                                      (see above)

PLF 3.1            KOTZEBUE ELECTRIC ASSOC INC        Paul J. Jones
                                                      (see above)

                                                      John A. Leman
                                                      (see above)

PLF 4.1            NAKNEK ELECTRIC ASSOC INC          Paul J. Jones
                                                      (see above)

                                                      John A. Leman
                                                      (see above)

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0210--CV (RRB)
                           "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"

                    Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 5.1 | NOME, CITY OF | Paul J. Jones (see above) |
| | | John A. Leman (see above) |
| PLF 6.1 | NUSHAGAK ELECTRIC & TELEPHONE COOPERATIVE INC | Paul J. Jones (see above) |
| | | John A. Leman (see above) |
| PLF 7.1 | UNALAKLEET VALLEY ELECTRIC COOPERATIVE INC | Paul J. Jones (see above) |
| | | John A. Leman (see above) |
| DEF 1.1 | CROWLEY MARINE SERVICE INC | Mark E. Ashburn<br>Ashburn & Mason<br>1130 W. 6th Avenue, Suite 100<br>Anchorage, AK 99501<br>907-276-4331<br>FAX 907-277-8235 |
| DEF 2.1 | YUKON FUEL CO | Douglas J. Serdahely<br>Patton Boggs LLP<br>601 W. 5th Avenue, Suite 700<br>Anchorage, AK 99501<br>907-263-6300<br>FAX 907-263-6345 |
| | | Jeffrey A. Leon<br>Wintson & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>312-558-5285<br>FAX 312-558-5700 |
| DEF 3.1 | NORTHLAND HOLDINGS INC | Douglas J. Serdahely (see above) |
| | | Jeffrey A. Leon (see above) |
| DEF 4.1 | NORTHLAND VESSEL LEASING CO LLC | Douglas J. Serdahely (see above) |
| | | Jeffrey A. Leon (see above) |

```
┌─────────────────────────────────────────────────────────────────────┐
│            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA  │
│            CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0210--CV (RRB)│
│                "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"       │
├─────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel│
└─────────────────────────────────────────────────────────────────────┘
```

Parties of Record:              Counsel of Record:

DEF 5.1        YUTANA BARGE LINES LLC        Douglas J. Serdahely
                                             (see above)

                                             Jeffrey A. Leon
                                             (see above)

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0210--CV (RRB)
                        "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"

                                     For all filing dates
```

       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
       Magistrate Judge:
          Referral Rule:
                  Filed: 08/30/05
                 Closed: 11/29/05

           Jurisdiction: (3) Federal Question (US Govt not a Party)
          PLF Diversity:
          DEF Diversity:

         Nature of Suit: (410) Antitrust
                         STOP ENGERY ACQUISITION
                 Origin: (1) Original Proceeding
                 Demand:
             Filing fee: Paid $250.00 on 08/30/05 receipt # 00126422
               Trial by:


| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 1 -   1    | 08/30/05 | Complaint filed; Summons issued. |
| 2 -   1    | 08/30/05 | PLF 1-7 motion for temporary restraining order w/att exhs. |
| 3 -   1    | 08/30/05 | PLF 1-7 Notice of related cases. |
| 4 -   1    | 08/30/05 | PLF 1-7 motion on shortened time re: motion for temporary restraining order w/att aff. |
| NOTE - 1   | 08/31/05 | Issued: summons re: DEF 2-5 and reissued corrected summons for DEF 1. |
| 5 -   1    | 08/31/05 | DEF 2-5 Attorney Appearance of Douglas Serdahely. |
| 6 -   1    | 08/31/05 | DEF 2-5 Notice of Intent to oppo PLF 1-7 motion for temporary restraining order (2-1). |
| 6 -   2    | 08/31/05 | DEF 2-5 non-opposition to PLF 1-7 motion on shortened time re: motion for temporary restraining order (4-1). |
| 7 -   1    | 08/31/05 | DEF 2-5 motion and application of Jeffrey A. Leon to appear and participate w/assoc w/local cnsl. |
| 7 -   2    | 08/31/05 | RRB Order granting motion and application of Jeffrey A. Leon to appear and participate w/assoc w/local cnsl (7-1). cc: cnsl |
| 8 -   1    | 08/31/05 | JKS Minute Order recused himself; case is reassigned to Judge Beistline for all further proceedings; use case number A05-0210 CV RRB) on all future filings. cc: cnsl, Judge Beistline |
| 9 -   1    | 08/31/05 | RRB Order granting motion on shortened time re: motion for temporary restraining order (4-1); any oppo to mot for TRO due 1:00 p.m. 9/1/05; any reply due 11:00 a.m. 9/2/05. cc: cnsl |
| 10 -  1    | 08/31/05 | PLF 1-7 Disclosure Statement. |
| 11 -  1    | 08/31/05 | DEF 1 Attorney Appearance of M. Ashburn. |

ACRS: R_VDSDX              As of 12/01/05 at 3:31 PM by GARRY                        Page 1

Case 3:05-cv-00210-RRB   Document 30   Filed 08/30/05   Page 4 of 6

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0210--CV (RRB)
                           "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"

                                    For all filing dates
```

```
Document #   Filed      Docket text

   12 -  1   09/01/05   DEF 2-5 opposition to PLF 1-7 motion for temporary restraining order
                        (2-1) w/att exhs.

   13 -  1   09/01/05   DEF 2-5 Request for Oral Argument re: PLF 1-7 motion for temporary
                        restraining order (2-1).

   14 -  1   09/01/05   DEF 2-5 motion for leave to file certain affs under seal & for a
                        protective order.

   15 -  1   09/01/05   DEF 2-5 notice of flg facsimile aff in support of oppo re: PLF 1-7
                        motion for temporary restraining order (2-1).

   16 -  1   09/01/05   ZZZ 1 motion to appear and participate as Amicus Curiae.

   17 -  1   09/02/05   PLF 1-7 reply to opposition to PLF 1-7 motion for temporary restraining
                        order (2-1) w/att exhs.

   18 -  1   09/02/05   PLF 1-7 notice of flg facsimile affs re: PLF 1-7 motion for temporary
                        restraining order (2-1).

   19 -  1   09/02/05   RRB Order granting State of Alaska's motion to appear and participate as
                        Amicus Curiae (16-1); State may file a single amicus brief on the issues
                        present in this case at a time designated by the crt.  cc: cnsl

   20 -  1   09/02/05   RRB Order denying motion for temporary restraining order (2-1). cc: cnsl

   21 -  1   09/07/05   PLF 1-7 Notice of filing original affidavit of B. Reeve & Meera Kohler
                        re: plfs' reply to oppo re: PLF 1-7 motion for temporary restraining
                        order (2-1)  w/att affs.

   22 -  1   09/12/05   DEF 1 Notice of filing orig aff of M. Bruce Barto in support of oppo re:
                        PLF 1-7 motion for temporary restraining order (2-1) w/att aff.

   23 -  1   09/15/05   DEF 1 Unopposed motion to ext time to 10/10 to file answer.

   24 -  1   09/19/05   RRB Order granting unopposed motion to ext time to 10/10 to file answer
                        (23-1).   cc: cnsl

   25 -  1   10/11/05   DEF 1 Unopposed motion to extend time until 10/17/05 to file answer.

   25 -  2   10/12/05   Order granting unopposed motion to extend time until 10/17/05 to file
                        answer (25-1).   cc: cnsl

   26 -  1   10/17/05   DEF 1 Unopposed motion to ext time to 10/24 to file answer.

   27 -  1   10/18/05   RRB Minute Order granting unopposed motion to ext time to 10/24 to file
                        answer (26-1).   cc: cnsl

   28 -  1   10/25/05   DEF 1 Unopposed motion to extend time to file response to complaint.

   29 -  1   10/28/05   RRB Order granting unopposed motion to extend time to file response to
                        complaint (28-1) so the parties can draft settlement documents and a
                        stipulation to dismiss.   cc: cnsl

   30 -  1   11/23/05   PLF 1; DEF 1-3; 5 Stipulation to dismiss w/prej.


ACRS: R_VDSDX                  As of 12/01/05 at 3:31 PM by GARRY                        Page 2
```

```
┌─────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA     │
│              CIVIL DOCKET ENTRIES FOR CASE A05-0210--CV (RRB)       │
│                 "AK VILLAGE ELECTRIC COOPERATIVE V CROWLEY ET"      │
├─────────────────────────────────────────────────────────────────────┤
│                         For all filing dates                        │
└─────────────────────────────────────────────────────────────────────┘
```

```
Document #    Filed      Docket text
──────────    ─────      ───────────
   30 -   2   11/29/05   RRB Order granting stipulation to dismiss w/prej (30-1).  All parties to
                         bear their own costs and fees.   cc: cnsl
```